

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00046-CV

———————————————

IN RE SSCP MANAGEMENT, INC., SDHAROD ENTERPRISES, INC., APPLE TEXAS RESTAURANTS, INC., TEXAS APPLE, LLC, SRS REAL ESTATE PARTNERS, LLC, AND SRS NATIONAL NET LEASE GROUP, LP, Relators

---

Original Proceeding
Trial Court No. CV18-1720

---

Before Bassel, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is dismissed as moot.[1]

Per Curiam

Delivered: March 1, 2019

---

[1]It has come to the court's attention that Respondent has entered an amended order; thus, the order that is at the crux of the petition for writ of mandamus is no longer at issue.